(October 22, 1970)

In the Matter of FELIX SHIFFMAN, Respondent-Appellant, v. MANHATTAN EYE, EAR and THROAT HOSPITAL, Appellant-Respondent. FELIX SHIFFMAN, Respondent-Appellant, v. MANHATTAN EYE, EAR AND THROAT HOSPITAL, Appellant-Respondent, et al., Defendant.—

Concur — McGivern, J. P., Markewich, Steuer and Tilzer, JJ.